## 6747

### HIERS v. ATLANTIC COAST LINE R. R. CO.

*Ruled by case of Charles* v. *R. R.,* 78 S. C., 36.

Before              , J., Bamberg. Affirmed.

Action by G. F. Hiers against Atlantic Coast Line Railroad Company. From Circuit judgment affirming judgment of Magistrate J. C. Copeland, defendant appeals.

*Messrs. J. T. Barron* and *Peurifoy Bros.*, for appellant.

*Mr. J. F. Carter,* contra, cites: *As to the constitution-*
*ality of the penalty act:* 38 S. C., 103, 291; 165 U. S., 155;
Cool. on Con. Lim., 390; 63 S. C., 169; 196 U. S., 194; 75
S. C., 276; 93 U. S., 99; 124 U. S., 465; 128 U. S., 96; 162
U. S., 650; 77 S. C., 480; 78 S. C., 36.

February 17, 1908.    The opinion of the Court was de-
livered by

MR. JUSTICE GARY.   The plaintiff brought this action in
a magistrate's court, for the loss of two barrels of flour
valued at $10.20, and for $50.00 penalty for failing to pay
or adjust the claim filed with defendant's agent, for the
value of the flour, within ninety days.

The magistrate rendered judgment against the defendant
for $60.20; the defendant appealed to the Circuit Court and
the judgment was affirmed; whereupon there was an appeal
to this Court.

The appellant's attorneys did not argue the case, but
conceded that the case of *Charles* v. *R. R.,* 78 S. C., 36, was
conclusive, unless the United States Supreme Court should
announce a different doctrine.

It is the judgment of this Court, that the judgment of
the Circuit Court be affirmed.